

July 29, 2019

Honorable Judge LaShann DeArcy Hall
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

    Re:    Case No. 1:19-cv-02170-LDH-LB, *Rudler v. MLA Law Offices, LTD et al.*

Dear Judge DeArcy Hall:

    My firm represents the Plaintiff in the above captioned matter. We submit this cover letter to our motion for costs and fees associated with service of process pursuant to FRCP 4.

    With apologies if I have misunderstood, as I read Your Honor's Individual Practices, while this motion is exempt from the Pre-Motion Conference requirement, it is nonetheless required for the Court to "order a briefing schedule[] for [the] motion[]" and Plaintiff "may not serve motion papers before the Court enters a briefing schedule." Attached hereto are the papers Plaintiff will provide in support of her motion: (1) Motion for Payment of Costs of Service and Attorneys' Fees; and (2) Summary Attorneys' Fee Affidavit with 2 Exhibits.

    We therefore respectfully request that the Court order a briefing schedule on this motion, and propose the following:

- August 5, 2019: Plaintiffs to serve motion papers by electronic filing (if Defendant has appeared and not defaulted) or by overnight mail (if not).
- August 16, 2019: Defendants to serve opposition (if any).
- August 23, 2019: Plaintiffs to serve reply (if any).

We do not believe oral argument is necessary on this motion, and therefore do not request it.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF and electronic mail.