FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 20 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRITNEY RUDLER,

                Plaintiff,

  -against-

MLA LAW OFFICES, LTD and
JOHN L. MALEVITIS,

                Defendants.
------------------------------------------------------------X

ORDER
19 CV 2170 (LDH)(LB)

**BLOOM, United States Magistrate Judge:**

The Court held a conference in plaintiff's FDCPA case on September 19, 2019. For the reasons discussed on the record, plaintiff's motion for attorney's fees and the cost of service, ECF No. 13, and plaintiff's motion for discovery, ECF No. 16, are denied without prejudice. Plaintiff's counsel shall serve a copy of this Order on defendants and file proof of service forthwith.

SO ORDERED.

                                                        s/ LB
                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: September 19, 2019
       Brooklyn, New York