UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRITNEY RUDLER,

                       *Plaintiff,*                         Index No. 19 CV 2170 (LDH)(LB)

      - against -                                       **AFFIDAVIT OF SERVICE**

MLA LAW OFFICES, LTD and
JOHN L. MALEVITIS,

                       *Defendants.*
------------------------------------------------------------------X

I, MICAH A PRUSSACK, being duly sworn, hereby depose and say:

    1.    I am a Paralegal for Cohen&Green P.L.L.C., attorneys for Plaintiff in the above captioned matter.

    2.    On or about September 23, 2019, I served a letter containing a copy of this Court's Order dated September 19, 2019 and docketed September 20, 2019 (ECF No. 20) upon Defendants MLA LAW OFFICES, LTD and JOHN L. MALEVITIS by Regular Mail by placing a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to JOHN L. MALEVITIS and MLA LAW OFFICES, LTD at those persons' last known addresses:

        1010 White Pine Lane, Western Springs IL 60558
        3450 S. Halsted St., Suite 209, Chicago, IL 60608

                                                          MICAH A PRUSSACK

Sworn to me this
23 day of September 2019

Notary Public
(Affix Notary Stamp or Seal)

