IN CLERK'S OFFICE
US DISTRICT COURT

★ NOV 05 2019

BROOKLYN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

Brittney Rudley

v.

MLA LAW Offices, Ltd. and John L. Malevitis
--------------------------------------------------X

19CV2170

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:  Opposing Counsel
Remy Green / Cohen & Green
1639 Centre Street, Ste. 216, Ridgewood, NY 11385

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __John L. Malevitis, Esq.__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __MLA Law Offices, Ltd__ and a member in good standing of the bar(s) of the State(s) of __Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendants__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 11-1-19

The application is ✓ granted.  ___ denied.
SO ORDERED.

/S/ Judge Lois Bloom
Lois Bloom, U.S.M.J.
Dated: 1/5/19
Brooklyn, New York

Respectfully submitted,

Signature of Movant
Firm Name: MLA Law Offices, Ltd.
Address: 109 Symonds Drive
P.O. Box 156, Hinsdale, Illinois 60522
Email: JohnyMAL@comcast.net
Phone: 312/933-1100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRITTNEY RUDLER

                Plaintiff(s),

v.

MLA LAW OFFICES, LTD., et. al.
                Defendant(s).

---

19 CV 2170

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, JOHN L. MALEVITIS, ESQ., being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of MLA LAW OFFICES, Ltd.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of ILLINOIS.
4. There are no pending disciplinary proceedings against me in any state or federal court True.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
   In 2013 I was suspended from the practice of law in Illinois for one year, and a one year reciprocal suspension was entered by the State of Michigan. The Illinois complaint alleged attorney misconduct which was denied. In 2014 I was fully reinstated to practice law in Illinois. I did not apply for further admission in the State of Michigan.

7. Attorney Registration Number(s) if applicable: 6184398
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 19 CV 2170 for DEFENDANTS.

Date 11-1-19

Signature of Movant
Firm Name MLA LAW OFFICES, LTD.
Address 109 SYMONDS DRIVE
P. O. BOX 156
HINSDALE, ILLINOIS 60522
Email Jhnymal@comcast.net
Phone 312/933-1100

NOTARIZED

OFFICIAL SEAL
JANET E PLEIMLING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/14/23

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. John L. Malevitis

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That John L. Malevitis was duly admitted to practice in said Court on (06/23/1983) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/23/2019 )

Thomas G. Bruton, Clerk,

By: David A. Jezwiak
Deputy Clerk