## remy@femmelaw.com

| | |
|---|---|
| **From:** | remy@femmelaw.com |
| **Sent:** | Friday, April 12, 2019 6:56 PM |
| **To:** | jhnymal@comcast.net |
| **Cc:** | 'Elena Cohen' |
| **Subject:** | Case 1:19-cv-02170 Rudler v. MLA Law Offices, LTD et al |
| **Attachments:** | 1-19-cv-02170.zip |

Mr. Malevitis (personally and on behalf of MLA Law Offices, Ltd):

If you are represented by counsel, please additionally direct this message to them.

Please see the attached Complaint and attachments, filed today, April 12, 2019 in the United States District Court for the Eastern District of New York.

Pursuant to Federal Rule 4(d)(1), I am attaching a pdf of the waiver of service form and requesting that you waive formal service of the summons and complaint, personally and on behalf of MLA Law Offices, Ltd.  Please be advised that failure to waive service without good cause can result in a requirement that you pay the expenses of accomplishing service, including attorney's fees incurred in any motion to collect those expenses.

Please feel free to return the completed form electronically.  If, for some reason, returning the form electronically is not possible, I am happy to provide any other pre-paid means of returning the waiver.  I will await your reply within 30 days of the date when this request is sent (4/12/2019).

Sincerely,

Remy Green.

_____

J. REMY GREEN
*PARTNER*
| COHEN&GREEN P.L.L.C. |  #FEMMELAW  |
| (929) 888.9480 (P) | (929) 888.9457 (F) |
| HONORIFIC / PRONOUNS:  MX. / THEY, THEIR, THEM |

