IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BRITTNEY RUDLER, )
      Plaintiff, )
v. )  NO.: 19 CV 2170 (LDH) (LB)
)
MLA LAW OFFICES, LTD., et. al., )
      Defendants. )

### DEFENDANTS' MOTION FOR ADJOURNMENT

**NOW COMES** the Defendants MLA Law Offices, Ltd. ("MLA") by and through its attorney, John L. Malevitis, Esq, of MLA Law Offices, Ltd., and John L. Malevitis, Esq., Pro Se, ("Malevitis") and in support of their Motion for Adjournment, here states as follows:

1. The Court scheduled a pre-motion conference to commence on December 27, 2019 at 11:00 a.m. in the above-captioned matter.

2. Attorney John Malevitis is a solo practioner and the sole member of the Defendant law firm MLA Law Offices, Ltd, and Malevitis and MLA are located in the State of Illinois.

3. Attorney Malevitis has other court cases previously scheduled to be heard in Illinois on December 27, 2019, one in the Circuit Court of Cook County, Illinois, County Department, Law Division of the 5th District, located in Bridgeview, Illinois and known as Ademola Olurotimi v. Sarah Rising, Case Number 2019 L 65068, and another in the Circuit Court of the Twelfth Judicial Circuit, Probate Division, located in Joliet, Illinois and known as Estate of Tomasa Perez, Case Number 2018 P 468. (The affidavit of attorney John L. Malevitis is attached hereto and incorporated herein as Exhibit "A").

4. Defendants have not previously requested an adjournment in this case or has an

adjournment request been previously granted and/or denied by the Court.

5. Defendants have consulted with Plaintiff through counsel, whose verbatim position is as follows: "Plaintiff reluctantly consents to the Defendants' request for adjournment, because she believes that the Court's Individual Practices prohibit taking no position. That reluctance is because this request causes an undue — though admittedly slight — delay, given the initial date on which the Court ordered the conference and that this request might have been made in the alternative in Defendants' initial motion for telephonic appearance. Plaintiff also notes that the gravamen of Defendants' explanation for the need to adjourn (being the "sole member" of a law firm and a "solo practioner") is inconsistent with the denial in paragraph 14 of Defendant MLA's Answer."

6. Counsel for the Defendants has provided Plaintiff's counsel a copy of this motion following substantial discussion and conference.

7. Plaintiff's counsel and Defendants' counsel herein have conferred about a rescheduled date and have agreed upon an adjournment date of January 15, 2020 with the Court's approval.

8. The Defendants' request for adjournment does not affect any other scheduled dates in this case.

**WHEREFORE**, the Defendant John L. Malevitis, Esq., Pro Se, and Defendant MLA Law Offices, Ltd. respectfully request that this Court enter an Order adjourning the pre-motion conference to January 15, 2020.

Respectfully submitted,

s/John L. Malevitis, Esq.

MLA Law Offices, Ltd.
109 Symonds Drive
P. O. Box 156
Hinsdale, Illinois 60522
312/933-1100
jhnymal@comcast.net
Illinois Atty. No.: 6184398