IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BRITNEY RUDLER, )
      Plaintiff, )
)
v. )
) NO.: 19 CV 2170 (LDH) (LB)
)
MLA LAW OFFICES, LTD., et. al., )
      Defendant. )

## NOTICE OF FILING

TO: J. Remy Green, Cohen & Green, 1639 Centre Street, Ridgewood, New York 11385.

  On **January 15, 2020** we caused to be filed with the Clerk's Office of the United States District Court, Eastern District, New York, located at 225 Cadman Plaza East, Brooklyn, New York, the following document: **Defendants' Counsel Proof of Payment Pursuant to Court Order and Over Objection by the Defendants,** a copy of this notice which is served upon you.

Respectfully submitted,

s/ John L. Malevitis, Esq.

MLA Law Offices, Ltd.
109 Symonds Drive
P. O. Box 156
Hinsdale, Illinois 60522
(312) 258-1100
Illinois A.R.D.C. No.: 6184398
jhnymal@comcast.net

## CERTIFICATE OF SERVICE

  I, John L. Malevitis, Esq. certify that on January 15, 2020 I served this notice and the document identified therein to be filed with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system.

s/ John L. Malevitis, Esq.