**ROBERT L. ARLEO, ESQ. P.C.**
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115      Fax: (518) 751-1801
Email: robertarleo@gmail.com      www.robertarleo.com

March 2, 2020

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

         RE: Britney Rudler v. MLA Law Offices, Ltd. and John L. Malevitis
             19-cv-02170 (LDH)(LB)

Dear Magistrate Judge Bloom:

   I write to correct certain representations which I made in good faith in prior filings. Initially, in the Defendant's opposition to the Plaintiff's motion to strike the Defendant's Rule 68 offer of judgment which I filed this morning, I asserted that the Plaintiff's attorney, J. Remy Green, refused to produce the Plaintiff for a deposition until April. Attorney Green reminded me during a telephone conversation this afternoon that an email was sent to me agreeing therein to produce the Plaintiff for a deposition in late March. Also, in a prior filing addressed to District Judge Hall, I asserted that I was advised by an attorney who was named as a defendant in the *Rudler v. Houslanger, PLLC* action (referenced in the opposition I filed today) that attorney Green had surreptitiously recorded telephone conversations with that defendant attorney. Attorney Green assured me today that no such recording(s) occurred.

   Finally, attorney Green and I engaged in extensive settlement negotiations this afternoon during our telephone conversation in a mutual effort to end litigation of the above-entitled action.

             Respectfully submitted,

             */ s / Robert L. Arleo*

             Robert L. Arleo

RLA:gra
Cc: Defendants
     All attorneys of record via ECF