***ROBERT L. ARLEO, ESQ. P.C.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                 Fax: (518) 751-1801
Email: robertarleo@gmail.com                                                       www.robertarleo.com

July 28, 2020

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      RE: Britney Rudler v. MLA Law Offices, Ltd. and John L. Malevitis
        19-cv-02170 (EK)(LB)

Dear Magistrate Judge Bloom:

 I represent the Defendants named in the above-entitled action. Your Honor has directed the parties to complete all discovery by July 30, 2020. On July 22, 2020, the Defendant, John L. Malevitis, appeared for a deposition. As a result of his testimony therein, the Plaintiff seeks additional documents and information. Please consider this correspondence as a joint request to extend the discovery deadline to August 17th. The parties do not anticipate asking for any further extensions of the discovery deadline.

              Respectfully submitted,

              */ s / Robert L. Arleo*

              Robert L. Arleo

RLA:gra
Cc: Defendants
  All attorneys of record via ECF