UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x        19-cv-02170 (EK)(LB)

BRITNEY RUDLER, on behalf of herself and
all others similarly situated,

                Plaintiff,

     v.

MLA LAW OFFICES, LTD., and JOHN
L. MALEVITIS,

                Defendants.

-----------------------------------------------------------x

### AFFIRMATION IN SUPPORT OF REQUEST FOR ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY FOR THE DEFENDANTS

    ROBERT L. ARLEO, an attorney admitted to practice law in the State of New York and in the United States District Court for the Eastern District of New York, hereby affirms the underlying to be true under the penalties of perjury.

1. I am the attorney of record for MLA Law Offices, Ltd. and John L. Malevitas, the Defendants named in the above-entitled action.

2. I submit this Affirmation pursuant to the mandate of Local Rule 1.4 in conjunction with my request for an Order granting leave to me to withdraw as attorney for the Defendants.

3. The first reason for my request for leave to withdraw is based upon material disagreements between myself and the Defendant, John L. Malevitas, the sole owner/operator of the Defendant MLA Law Offices, Ltd., in regard to settlement of the

above-entitled action. The second reason for my request for leave to withdraw is based upon the failure by Mr. Malevitas to follow my instructions regarding a critical issue.

4. The position of the case is that the parties have exchanged discovery demands and responses and the Plaintiff and the Defendant John L. Malevitis have each appeared for their respective deposition. The Court has set a date for the Plaintiff to file her motion for class certification. The Plaintiff has filed a motion for discovery sanctions against the Defendants.

5. A copy of the attached proposed Order authorizing my withdrawal as attorney for the Defendants, and this Affirmation, has been served upon Plaintiff's attorneys and upon the Defendants, all via email.

6. I am not asserting any retaining or charging lien.

DATED: August 28, 2020

                ROBERT L. ARLEO, ESQ. P.C.

                By: */s / Robert L. Arleo*
                ROBERT L. ARLEO, ESQ.
                380 Lexington Avenue, 17th Fl.
                New York, New York  10068
                Phone: (212) 551-1115
                Fax: (518)751-1801
                Email: robertarleo@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x    19-cv-02170 (EK)(LB)

BRITNEY RUDLER, on behalf of herself and
all others similarly situated,

                Plaintiff,

    v.

MLA LAW OFFICES, LTD., and JOHN
L. MALEVITIS,

                Defendants.

------------------------------------------------------------x

## ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY FOR THE DEFENDANTS

    On August 28, 2020, attorney Robert L. Arleo filed a request, pursuant to Local Rule 1.4, for an Order granting to him leave to withdraw as attorney for the Defendants MLA Law Offices, Ltd. and John L. Malevitas. The reasons for the request for leave to withdraw are set forth in an Affirmation submitted by attorney Robert L. Arleo. The Court hereby grants the request for an Order for leave to attorney Robert L. Arleo to withdraw as attorney for the Defendants. The Defendants shall have _____ days to retain a substitute attorney(s) or to advise the Court of the intent to continue the defense of the above-entitled action on a pro se basis. During said time period the above-entitled action, and all deadlines relevant thereto, is/are stayed.

DATED: Brooklyn, New York
                _____, 2020

                                                      _____
                                                      ERIC R. KOMITEE, District Judge
                                                      U.S.D.C., E.D.N.Y.