***ROBERT L. ARLEO, ESQ. P.C.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                                   Fax: (518) 751-1801
Email: robertarleo@gmail.com                                                                        www.robertarleo.com

August 28, 2020

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

RE: Britney Rudler v. MLA Law Offices, Ltd. and John L. Malevitis
19-cv-02170 (EK)(LB)

Dear Magistrate Judge Bloom:

   I represent the Defendants named in the above-entitled action. Yesterday, the Plaintiff filed a motion for discovery sanctions against the Defendants. (Dkt. No. 76). I have today filed a motion for leave to withdraw as attorney for the Defendants. (Dkt. No. 77). Based upon my motion for leave to withdraw as attorneys for the Defendants, I ask Your Honor to stay the time period for the Defendants to respond to the Plaintiff's motion for discovery sanctions.

                                                                        Respectfully submitted,

                                                                        / s / Robert L. Arleo

                                                                        Robert L. Arleo

RLA:gra
Cc: Defendants
     All attorneys of record via ECF