Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Project/Time entry | Start date | Time | | |
|---|---|---|---|---|
| **Pre-Fee Application Time** | | | | |
| Follow up TC with clerk | 11/05/2020 | 0.100 | | |
| TC with clerk re: EK's preferences on settlement | 10/27/2020 | 0.100 | | |
| Draft cover letter and file signed settlement | 10/27/2020 | 0.300 | | |
| Make changes agreed on w/ JM; email final copy | 10/23/2020 | 0.400 | | |
| Settlement TC with JM | 10/23/2020 | 0.500 | | |
| Emails with JMal.; draft response re: settlement | 10/22/2020 | 0.600 | | |
| Draft Settlement | 10/14/2020 | 1.300 | | |
| TC with JM | 10/14/2020 | 0.300 | | |
| return JM call | 10/13/2020 | 0.100 | | |
| TC with JM | 10/06/2020 | 0.300 | | |
| Finalize and file class cert motion package | 09/30/2020 | 0.600 | | |
| Draft and edit notice of motion; collect exhibits and print declarations | 09/30/2020 | 0.500 | | |
| Final review of all documents; consistency/blanks; TOA/TOC, final edits | 09/30/2020 | 1.400 | | |
| Draft/edit class cert memo (Att'n to merits/standards/application to facts) | 09/29/2020 | 2.300 | | |
| Draft atty dec (class cert) | 09/28/2020 | 1.000 | | |
| Research FDCPA and NYGBL interactions on class issues; on remedy issues | 09/28/2020 | 1.800 | | |
| Edit class cert memo and declarations, check citations, and review authority | 09/28/2020 | 1.900 | | |
| Draft declarations for class cert motion | 09/27/2020 | 0.500 | | |
| Research on class cert. issues in FDCPA context | 09/27/2020 | 1.500 | | |
| review JM WP and re-draft | 09/26/2020 | 2.500 | | |
| emails with JM | 09/24/2020 | 0.300 | | |
| Prepare for and attend conferece; follow up TC to attempt to settle. | 09/18/2020 | 1.300 | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours |
|---|---|---|
| Re-read correspondence to prepare for JM's requested call | 09/15/2020 | 0.400 |
| TC with JM | 09/15/2020 | 0.700 |
| Review JM filing | 08/31/2020 | 0.200 |
| Review Arleo filing | 08/31/2020 | 0.200 |
| TC with Arleo re: confi; review proposed revised confi letter | 08/31/2020 | 0.200 |
| Prepare formal letter confirming (already existing and written) informal agreement on confidentiality | 08/29/2020 | 0.400 |
| TC with Arleo re: breakdown in A/C relationship/housekeeping on agreed obligations | 08/28/2020 | 0.200 |
| Draft/research motion for waiver | 08/27/2020 | 2.800 |
| Draft email to Arleo | 08/27/2020 | 0.300 |
| TC with Arleo re: arleo withdrawal; confidentiality | 08/27/2020 | 0.300 |
| TC with arleo | 08/25/2020 | 0.200 |
| TC with Arleo; TC with JM w/ update | 08/24/2020 | 0.400 |
| Review depo transcript | 07/27/2020 | 0.600 |
| Order of Operations letter brief -- finalize and file | 07/22/2020 | 0.800 |
| Final preparation for and attend/conduct JM's deposition | 07/22/2020 | 5.200 |
| Prepare Deposition exhibits and outline | 07/22/2020 | 0.900 |
| Prepare Deposition exhibits and outline | 07/21/2020 | 2.500 |
| Draft and research order of operations letter brief | 07/20/2020 | 2.900 |
| Deposition Preparation (research property ownership/corporate issues unaddressed by Arleo's rog responses, despite request) | 07/14/2020 | 0.800 |
| prepare for and attend motion/housekeeping conference; follow up communications with Arleo | 07/01/2020 | 1.000 |
| Final preparation for and attend P's deposition (inc. .2 start delay); debrief with client (.4) | 06/30/2020 | 2.100 |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours | | |
|---:|---:|---:|---|---|
| MLA prep for deposition | 06/29/2020 | 1.500 | | |
| MLA prep for deposition | 06/29/2020 | 0.100 | | |
| Respond to Arleo communications (incl. providing documents already provided multiple times, at Arleo's request) | 06/25/2020 | 0.900 | | |
| TC with Arleo | 06/23/2020 | 0.500 | | |
| Summary email from TC with RA (at RA's request) | 06/17/2020 | 0.300 | | |
| TC with RA (meet and confer) | 06/17/2020 | 0.700 | | |
| Review Defendants' third amended class discovery responses | 03/12/2020 | 0.500 | | |
| respond to D's discovery refusals (and insults) | 03/12/2020 | 0.300 | | |
| call with BR re: Def's discovery | 03/03/2020 | 0.700 | | |
| revise RFA responses based on call with BR | 03/03/2020 | 0.500 | | |
| TC with JM; TC with RA (.8) | 03/02/2020 | 0.900 | | |
| TC with JM | 03/02/2020 | 0.400 | | |
| TC with JM re: docket, R68 letter | 02/28/2020 | 0.500 | | |
| TC with JM re: docket, R68 letter | 02/28/2020 | 0.200 | | |
| Draft Letter Motion re: R68 Offer | 02/28/2020 | 2.100 | | |
| TC with JM and with Client (.3) | 02/27/2020 | 0.300 | | |
| TC with JM and with Client (.3) | 02/27/2020 | 0.300 | | |
| TC with JM and with Client (.3) | 02/27/2020 | 0.400 | | |
| Draft response to Amended Answer/Letter motion for stay | 02/27/2020 | 1.400 | | |
| MLA letter re latest filings | 02/26/2020 | 0.200 | | |
| research various issues raised by Defendats' stay letter | 02/25/2020 | 1.000 | | |
| Draft response to OC | 02/24/2020 | 0.400 | | |
| Draft letter re motion schedule | 02/24/2020 | 0.700 | | |
| TC with JM re: planning/next steps | 02/24/2020 | 0.500 | | |
| TC with JM re: planning/next steps | 02/24/2020 | 0.300 | | |
| call with BB (NACA) re: Arleo conduct | 02/23/2020 | 0.900 | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours | | |
|---|---|---|---|---|
| communicatin with new OC re; 68 offer and class issues | 02/21/2020 | 0.400 | | |
| Draft motion to strike/toll/declare invalid R68 offer | 02/21/2020 | 0.300 | | |
| Draft motion to strike/toll/declare invalid R68 offer | 02/21/2020 | 0.700 | | |
| communicatin with new OC re; 68 offer and class issues | 02/21/2020 | 0.400 | | |
| Call with Jess M (atty) | 02/20/2020 | 0.200 | | |
| review R68/correspond with D's new atty | 02/20/2020 | 0.400 | | |
| Call with ▓ (para) (assigning class cert brief and papers) | 02/19/2020 | 0.700 | | |
| communicatin with new OC (Arleo/RA) | 02/19/2020 | 0.300 | | |
| Draft letter motion to compel (non responses on numerosity, letters) | 02/18/2020 | 1.400 | | |
| Draft letter motion to compel (non responses on numerosity, letters) | 02/18/2020 | 1.100 | | |
| Prelim Class Cert drafting | 02/18/2020 | 2.300 | | |
| Respond to Def's position on class discovery | 02/17/2020 | 0.800 | | |
| Draft letter to court re: SJ/Judgment on the pleadings | 02/14/2020 | 2.500 | | |
| Call with RAC counsel re: subpoena | 02/14/2020 | 0.200 | | |
| Draft letter to court re: SJ/Judgment on the pleadings | 02/14/2020 | 0.500 | | |
| settlement discussions with Defs | 02/13/2020 | 0.300 | | |
| Draft email to RAC's lawyers | 02/04/2020 | 0.300 | | |
| Prep for M&C call (0.3); Attempt to call OC, begin to draft email re: failure to answer call (.2); attend M&C call (late) | 02/04/2020 | 0.900 | | |
| TC with JM re: discovery | 02/03/2020 | 0.200 | | |
| response to John Mal. asking me to find the citation to case the Court directed him to review (.3); prepare meet & confer letter re: Def's (non-)production | 02/03/2020 | 1.600 | | |
| Review Def's "production," discuss responses with Jess M | 02/03/2020 | 0.800 | | |
| Review notes from teleconference; re-read case cited by Court | 01/29/2020 | 0.200 | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours | | |
|---|---|---|---|---|
| Draft Amended Complaint | 01/29/2020 | 0.700 | | |
| Draft Amended Complaint | 01/29/2020 | 0.400 | | |
| Attend Pre-motion Teleconference | 01/29/2020 | 0.900 | | |
| prepare for conference | 01/29/2020 | 0.600 | | |
| Call chambers; call/email OC | 01/23/2020 | 0.200 | | |
| Research legal assertions in Def's settlement position (e.g., debt letter does not need exact number despite text of FDCPA; 7th Cir. has "approved" letter at issue (they have not -- see Miller)) | 01/17/2020 | 1.700 | | |
| Settlement Call | 01/16/2020 | 0.400 | | |
| Travel to and attend in person premotion conference (including waiting b/c Court's schedule was overbooked) | 01/15/2020 | 3.200 | | |
| Prepare for Pre-Motion Conference | 01/14/2020 | 1.400 | | |
| Finalize Rule 26 disclosures | 01/14/2020 | 0.400 | | |
| Prepare for Pre-Motion Conference | 01/13/2020 | 0.400 | | |
| Prepare for Pre-Motion Conference | 01/13/2020 | 0.300 | | |
| Magistrate jurisdiction research (cross-objection timing and appeal directly to circuit) | 01/08/2020 | 0.300 | | |
| Call with RAC's attys (.3); Research and provide response to RAC attys | 01/06/2020 | 0.800 | | |
| Draft D&I for class | 12/31/2019 | 1.000 | | |
| calls/emails with Defs' counsel, attempt to accomodate whatever objections counsel had to P's statement of position; TC with JM re adjournment | 12/20/2019 | 3.500 | | |
| call with Def's Counsel | 12/19/2019 | 0.100 | | |
| respond to Def's Counsel | 12/18/2019 | 0.200 | | |
| Discussion with Jess M. re: responses to Def's counsel | 12/18/2019 | 0.400 | | |
| Draft third party deposition/research third party discovery issues | 12/09/2019 | 0.300 | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours | Note | |
|---|---|---|---|---|
| Draft third party deposition/research third party discovery issues | 12/09/2019 | 0.700 | | |
| Draft and research MSJ/Strike materials | 12/06/2019 | 4.100 | | |
| letter discussion with JM | 12/03/2019 | 0.400 | | |
| Draft Pre-Motion Conference Opp (Defs' motion to dismiss) | 12/02/2019 | 1.100 | | |
| Prepare Rule 26 Materials | 12/02/2019 | 0.800 | | |
| Prepare Rule 26 Materials | 12/01/2019 | 1.800 | | |
| MLA Draft Email to OC regarding outstanding non-settlement issues | 11/29/2019 | 1.000 | | |
| settlement call with JM | 11/27/2019 | 0.300 | | |
| Prepare Rule 26 Materials | 11/27/2019 | 0.200 | | |
| wait for OC's call scheduled for 12:00 (until email at 12:30) | 11/26/2019 | 0.600 | | |
| Attempt to schedule and comm'n with OC re: Rule 26/settlement | 11/26/2019 | 0.300 | | |
| Prepare Rule 26 Materials | 11/26/2019 | 0.400 | | |
| Prepare Rule 26 Materials | 11/22/2019 | 0.300 | | |
| conference call | 11/20/2019 | 0.600 | Reduce .6 - VAGUE | |
| Prepare and research opp to vacate | 11/15/2019 | 1.000 | | |
| Prepare and research opp to vacate | 11/14/2019 | 1.800 | | |
| Prepare and research opp to vacate | 11/13/2019 | 0.900 | | |
| Prepare and research opp to vacate | 11/13/2019 | 0.600 | | |
| Prepare and research opp to vacate | 11/13/2019 | 0.300 | | |
| Prepare and research opp to vacate | 11/13/2019 | 0.800 | | |
| Prepare and research opp to vacate | 11/13/2019 | 1.800 | | |
| Prepare and research opp to vacate | 11/12/2019 | 1.500 | | |
| Prepare opp to Good Cause | 11/06/2019 | 0.300 | | |
| Prepare opp to Good Cause | 11/06/2019 | 0.600 | | |
| Prepare opp to Good Cause | 11/06/2019 | 0.400 | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Description | Date | Hours | Note | | |
|---|---|---|---|---|---|
| PHV motion response | 10/30/2019 | 0.400 | | | |
| PHV motion response and research | 10/29/2019 | 2.500 | | | |
| Subpoena follow up | 10/28/2019 | 0.800 | | | |
| Draft Class RTAs | 10/18/2019 | 1.100 | | | |
| Review Def'ts letter threatening sanctions, research issues raised | 10/18/2019 | 1.500 | | | |
| Discuss subpoena with process server | 10/16/2019 | 0.200 | | | |
| Discuss subpoena with process server | 10/14/2019 | 0.300 | | | |
| Response to JM email | 10/07/2019 | 0.400 | | | |
| Prepare Third Party Subpoena | 10/03/2019 | 0.600 | Reduce .6 - Duplicative | | |
| Prepare Third Party Subpoena | 10/02/2019 | 0.700 | | | |
| draft discovery Requests | 10/01/2019 | 1.800 | | | |
| Respond to request for order/set out demand | 09/25/2019 | 0.600 | | | |
| assign discovery tasks to paralegal | 09/25/2019 | 0.200 | | | |
| research drop service; alternative service | 09/17/2019 | 0.800 | | | |
| Draft motion for limited discovery | 08/12/2019 | 1.000 | | | |
| Finalize/file default (Clerk's Default/Form order) | 08/05/2019 | 0.700 | | | |
| Research default motion; D's history of defaults (att'n to "is this a strategy?") | 08/02/2019 | 0.300 | | | |
| Draft Default motion | 08/02/2019 | 1.200 | | | |
| Draft extension request | 07/09/2019 | 0.500 | | | |
| Discuss MLA with NDIL counsel (.3); call with client (.4); Draft Complaint and file (remainder) | 04/12/2019 | 3.800 | | | |
| Total | | 134.900 | | $375 | $50,587.500 |
| | As reduced: | 133.700 | | $375 | $50,137.500 |
| | | | | | |
| | | | | | |
| **Fee application time** | | | | | |
| Finalize, review for glaring errors, and file full application (e | 11/26/2020 | 0.400 | | | |
| Rudler - Finalize timesheets and insert numbers; review and | 11/26/2020 | 0.700 | | | |

Remy Green Timesheet
Rudler v. MLA Law, 19-cv-2170

| Task | Date | Hours | | |
|---|---|---|---|---|
| Draft memo (TOC/TOA with digital tools) | 11/26/2020 | 0.200 | | |
| Draft memo (BriefCatch [a digital editing tool] review) | 11/26/2020 | 0.300 | | |
| Draft memo (editing, fill in blanks, cite check/add support where appropriate) | 11/26/2020 | 0.300 | | |
| Draft memo (research on obstinate defendant fees) | 11/26/2020 | 0.300 | | |
| Draft memo (att'n to reasonable fees; inserts from declaration) | 11/26/2020 | 0.500 | | |
| Draft Green Declaration | 11/26/2020 | 1.200 | | |
| Draft memo (att'n to veil piercing) | 11/26/2020 | 0.800 | | |
| Draft memo (att'n to facts/case history) | 11/26/2020 | 1.700 | | |
| Fee application drafting (att'n to reasonableness of time) | 11/25/2020 | 1.400 | | |
| Set up and begin drafting fee application | 11/25/2020 | 0.700 | | |
| Research/respond to Defendants' response on offers | 11/18/2020 | 0.100 | | |
| Research/respond to Defendants' refusal to provide an offer | 11/18/2020 | 0.100 | | |
| Research/respond to Defendants' refusal to provide an offer | 11/18/2020 | 0.100 | | |
| Email answer JM's question | 11/13/2020 | 0.100 | | |
| Research and respond on Defendants' objections to fee demand | 11/12/2020 | 0.300 | | |
| Prepare fee demand | 11/10/2020 | 1.300 | | |
| | | 10.500 | $375 | $3,937.500 |
| | | | | |
| | | | **GRAND TOTAL** | $54,075.000 |