Clerk's Office
Filed Date:

09/28/2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BRITNEY RUDLER,

              Plaintiff,

    -against-

MLA LAW OFFICES, LTD, and
JOHN L. MALEVITIS,

              Defendants.
------------------------------------------------------------ X

JUDGMENT
19-CV-2170(EK)(LB)

U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK BROOKLYN OFFICE

      A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 27, 2021, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated July 1, 2021 but reducing the hourly rate calculation for attorneys Green and Massimi to $275 from $300; granting Plaintiff's motion for attorneys' fees and costs with that modification; it is

      ORDERED and ADJUDGED that Plaintiff's motion for attorneys' fees and costs with the modification that the hourly rate calculation for attorneys Green and Massimi is reduced to $275 from $300; that Defendants shall pay $48,606.38 in attorneys' fees and $1,612.00 in costs; and that Plaintiff's request to apply a "veil-piercing" theory to Malevitis's wholly-owned entities is denied.

Dated: Brooklyn, NY
       September 28, 2021

Douglas C. Palmer
Clerk of Court

By: /s/Jalitza Poveda
              Deputy Clerk