UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRITNEY RUDLER,

                Plaintiff,                                  **ORDER**
                                                        **19 CV 2170 (EK)(LB)**

  -against-

MLA LAW OFFICES, LTD and
JOHN L. MALEVITIS.

                Defendants.
------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

        Plaintiff moves the Court to hold defendants in contempt for their refusal to pay court-ordered fees in this case. ECF No. 94. "A money judgment is enforced by a writ of execution," as outlined by Federal Rule of Civil Procedure 69. Fed. R. Civ. P. 69(a)(1); see <u>CSX Transportation, Inc. v. Island Rail Terminal, Inc</u>., 879 F.3d 462, 468 (2d Cir. 2018) ("A motion to enforce a money judgment is governed by Rule 69(a)"). Equitable remedies, such as contempt, are seldom appropriate to aid the execution of a money judgment. 12 Fed. Prac. & Proc. Civ. § 3011 (3d ed.). Plaintiff makes no showing that she has attempted to enforce the Court's judgment at ECF Nos. 92-92 through Federal Rule of Civil Procedure 69. Accordingly, plaintiff's motion for contempt is denied.[1]

        Plaintiff also moves to compel defendants' compliance with plaintiff's post-judgment subpoenas. ECF No. 98. The motion is granted. Defendants shall serve written responses to the information subpoena, dated March 4, 2022, and amend their answers to the information subpoena dated December 3, 2021, where necessary, by May 16, 2022.[2] **This is a Court Order**

---

[1] Plaintiff's effort to analogize this request to the civil contempt in defendant's divorce is misplaced.
[2] Information regarding companies owned by defendants should be produced.

**and defendants shall comply.** If defendants do not serve their responses by the deadline, plaintiff may move to hold defendants in contempt by May 31, 2022.

Plaintiff shall serve this order on defendants and file proof of service forthwith.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: April 14, 2022
Brooklyn, New York