

May 5, 2022

Honorable Eric R. Komitee, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

   **Re:**   **Rudler v. MLA Law Offices, LTD et al., No. 1:19-cv-02170-ERK-LB**

Dear Judge Komitee:

  My firm represents the Plaintiff in the matter above. Per the Court's Order of yesterday evening, attached to this letter is the "Rider" "at the center of the instant dispute." May 5, 2022 Minute Order. Additionally, given the presumption of public access, I am also attaching a copy of the letter motion to file under seal, to ensure the public record is complete on this motion.

  As ever, we thank the Court for its time and consideration.

         Respectfully submitted,

         /s/
        _____

        J. Remy Green
         *Honorific/Pronouns: Mx., they/their/them*
        **COHEN&GREEN P.L.L.C.**
        *Attorneys for Plaintiff*
        1639 Centre St., Suite 216
        Ridgewood, New York 11385

Enclosures.

cc:
All relevant parties by ECF.