

June 14, 2022

Honorable Eric R. Komitee, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

  Re: <u>Rudler v. MLA Law Offices, LTD et al.</u>, No. 1:19-cv-02170-ERK-LB

Dear Judge Komitee:

  My firm represents Plaintiff in the matter above. I am pleased to report that, subject to the Court's approval and order, the parties have resolved the issues related to post-judgment discovery and agreed upon a Court-enforceable payment and enforcement structure.

  We therefore ask that the Court So-Order the Settlement filed at ECF No. 108. As ever, we thank the Court for its time and consideration.

            Respectfully submitted,

            /s/
            ————————————
            J. Remy Green
             *Honorific/Pronouns: Mx., they/their/them*
            **COHEN&GREEN P.L.L.C.**
            *Attorneys for Plaintiff*
            1639 Centre St., Suite 216
            Ridgewood, New York 11385

cc:
All relevant parties by ECF.