UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL CAUSE FOR Telephone Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 7/20/2022
TIME IN COURT: 40 Mins

DOCKET NUMBER: CV 19-2170
TITLE: Rudler v. MLA Law Offices, Ltd et al

COURT REPORTER/ESR OPERATOR: Recorded on AT&T Teleconference Bridge
FTR LOG:

APPEARANCES:

  Plaintiff:   Remy Green
  Defendants:  John Malevitis

SUMMARY: For the reasons stated on the record, the Court declines to so-order the proposed settlement submitted on June 14, 2022. Judge Bloom is respectfully requested to reset the deadlines she previously set for Defendants regarding post-judgment discovery.