MLA LAW OFFICES, LTD.
109 SYMONDS DRIVE
UNIT 156
HINSDALE, ILLINOIS 60522
312/933-1100
johnny@thepaladinlawyer.com

August 5, 2022

Honorable Magistrate Judge Lois Bloom
United States District Court
225 Cadman Plaza East
Courtroom 6G North
Brooklyn, New York 11201

Re: Rudler v. MLA Law Offices, Ltd., et. al.
Court No.: 19-cv-2170

Dear Judge Bloom:

**DEFENDANTS' CONSENT LETTER MOTION TO ADJOURN AND HOLD IN ABEYANCE PLAINTIFF'S SUPPLEMENTAL INFORMATION SUBPOENA AND PENDING MOTIONS OF THE PARTIES**

I represent Defendant MLA Law Offices, Ltd. and appear as its attorney and also Pro Se in the above-captioned matter. I write to request that the Court adjourn sine die the August 4, 2022, deadline nun pro tunc, and of which was set in the Court's July 21, 2022, minute order. Plaintiff consents to this request.

On August 4, 2022, counsel herein and the Defendant MLA Law Offices, Ltd. tendered a check to the plaintiff in the amount of $20,000.00 which satisfies a meaningful and significant amount of the agreed upon settlement and the related attorneys' fee award and judgment between the parties. Defendants have further committed to make monthly payments in the amount of $2,000.00 commencing on September 1, 2022, towards the balance of the settlement amount and the parties further agree to adjourn and hold in abeyance both of the portion of the first information subpoena defendants answered and were ordered to supplement, and the second plaintiff's supplemental information subpoena previously propounded upon the defendants and ordered answered by the Court.

In light of the above, the parties therefore ask the Court to adjourn the deadlines in the July 21, 2022, minute order sine die, with the plaintiff entitled to revisit the discovery issues if the defendants fail to make payments as provided above. This is the first such request made by the defendants regarding the dates of discovery compliance relating to the plaintiff's information subpoena.

Thank you for your courtesy and consideration.

Respectfully submitted,

John L. Malevitis, Esq.

JLM/pg
cc: Parties of record via ECF