MLA LAW OFFICES, LTD.
109 SYMONDS DRIVE
UNIT 156
HINSDALE, ILLINOIS 60522
312/933-1100
johnny@thepaladinlawyer.com

August 29, 2022

Honorable Magistrate Judge Lois Bloom
United States District Court
225 Cadman Plaza East
Courtroom 6G North
Brooklyn, New York 11201

        Re:    Rudler v. MLA Law Offices, Ltd., et. al.
              Court No.: 19-cv-2170

Dear Judge Bloom:

**DEFENDANTS' CONSENT LETTER MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL INFORMATION SUBPOENA**

    On August 10, 2022, this Court entered an Order providing that the defendants amend their previous answers to the plaintiff's information subpoena by August 30, 2022. (no document attached). Counsel for the plaintiff and counsel herein, (John L. Malevitis) have met and conferred regarding the requested document production contained in the Plaintiff's Supplemental Information Subpoena.

    Several of the plaintiff's requests seek documents not only from Defendant MLA Law Offices, but from other law firms and/or entities that attorney John L. Malevitis may have an interest in, and this Court has previously ordered that those requests be complied with and answered. However, as a result of certain documents requested by the plaintiff either being dated, archived and/or in the possession of various banking institutions and not in the immediate possession of the defendants, counsel for the plaintiff has consented to an an extension of fourteen (14) days until September 13, 2022 to comply with the Plaintiff's Supplemental Information Subpoena. Additionally, on August 25, 2022, this Court entered an order scheduling a status conference with the parties' counsel by telephone on September 13, 2022, to address post-judgment issues raised by the plaintiff in the case.

    As the plaintiff's counsel consents to an extension of fourteen (14) days, the defendants request that this Court enter an order extending the time of the defendants to amend their previous answers to the plaintiff's information subpoena to September 13, 2022.

    Thank you for your courtesy and consideration, as it is much appreciated by the defendants and counsel herein.

1

Respectfully submitted,

*signature*

s/ John L. Malevitis, Esq.

JLM/pg
cc: Parties of record via ECF