## CERTIFICATE OF SERVICE

I, John L. Malevitis, Esq. certify that on August 29, 2022, I served Defendants' Consent Letter Motion for Extension to Respond to Plaintiff's Supplemental Information Subpoena by electronic mail to the e-mail address of the attorney for the Plaintiff using the Court's ECF filing system.

s/ John L. Malevitis, Esq.

1