remy green <remy@femmelaw.com>

## Activity in Case 1:19-cv-02170-EK-LB Rudler v. MLA Law Offices, LTD et al Scheduling Order

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>  Wed, Aug 10, 2022 at 11:48 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/10/2022 at 11:48 AM EDT and filed on 8/10/2022
**Case Name:**       Rudler v. MLA Law Offices, LTD et al
**Case Number:**     1:19-cv-02170-EK-LB
**Filer:**
**WARNING: CASE CLOSED on 11/05/2020**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Defendants request the Court adjourn the deadline for defendants to respond to plaintiff's information subpoenas. ECF No. 112. Plaintiff does not consent. ECF No. 113. The request is granted in part and denied in part. Defendants shall amend their answers to plaintiff's information subpoenas by August 30, 2022. This is a Court Order and defendants shall comply. If defendants do not serve their responses by the deadline, plaintiff may move to hold defendants in contempt by September 6, 2022. Ordered by Magistrate Judge Lois Bloom on 8/10/2022. (Yindra, Hannah)**

**1:19-cv-02170-EK-LB Notice has been electronically mailed to:**

Jessica S. Massimi     jessica.massimi@gmail.com

Remy Green      remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

John Malevitis     johnny@thepaladinlawyer.com

**1:19-cv-02170-EK-LB Notice will not be electronically mailed to:**