## CERTIFICATE OF SERVICE

I, John L. Malevitis, Esq. certify that on September 6, 2022, I served Defendants' Letter Response to Plaintiff's Letter Motion by electronic mail to the e-mail address of the attorney for the Plaintiff using the Court's ECF filing system.

s/ John L. Malevitis, Esq.