**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Britney Rudler, *Plaintiff*, v. MLA Law Offices, LTD, et al. *Defendants*. | **SATISFACTION OF JUDGMENT** 19-cv-2170 (EK) (LB) |

WHEREAS, a judgment was entered in this case for $48,606.38 in attorneys' fees and $1,612 in costs (Dkt. No. 93);

WHEREAS, said Judgment, was partially paid and satisfied in the amount of $20,000.00 by a check made out Cohen&Green P.L.L.C., which was delivered and cleared August 4, 2022;

WHEREAS, Defendants committed in writing to paying $20,000.00 within 7 days of the September 15, 2022 Minute Order, and $5,000 within 30 days of that Order, and that Plaintiff would in exchange waive the balance of fees and any further fees due (Dkt. No. 122), and treat the judgment as satisfied if Defendants timely made those payments;

WHEREAS, Defendants violated that agreement and instead first attempted to deliver the $20,000.00 payment 28 days late, and the $5,000.00 a week late;

WHEREAS, each of those payments has now cleared; and

WHEREAS, nonetheless, given the above, and solely in interest of closing this case, Plaintiff is willing to treat the agreement as fulfilled,

NOW THEREFORE, a satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and respectfully asked to make an entry of satisfaction on the docket of said judgment.

1

Dated: Queens, New York
October 27, 2022

                                                      Cohen&Green PLLC

By:       /s/                              

J. REMY GREEN
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
remy@femmelaw.com
(929) 888-9480